```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00014-CKD |
| Plaintiff, | Order Vacating TCH and Jury Trial, Setting Status Hearing, and Excluding Time Under Local Code T4 |
| v. | |
| CHRISTOPHER E. HICKS, | DATE: February 23, 2012 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Carolyn K. Delaney |

It is hereby Ordered that the Trial Confirmation Hearing set for February 23, 2012 and the Jury Trial set for March 5, 2012 are VACATED. The parties shall appear for a status hearing on March 22, 2012 at 9:00 a.m. Time is excluded from February 16, 2012 through March 22, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 21, 2012

/s/ Carolyn K. Delaney
_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge